

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00083-CV

Daniel **ROUNDTREE**,
Appellant

v.

Chandravadan **BHAKTA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV04583
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: September 1, 2021

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due to be filed by June 21, 2021. Neither the brief nor a motion for extension of time was filed. By order dated July 28, 2021, appellant was ordered to file his brief and to show cause in writing by August 12, 2021, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM